**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

_____ (State)

Case number (If known): _____   Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Bambi Health, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 8 _ 1 7 8 3 1 9 7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 20 Dale Carnegie Ct. | 614 N. DuPont Highway, Suite 210 |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Great Neck,    NY    11020 | Dover    DE    19901 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | Nassau | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number    Street |
   | | City    State    ZIP Code |

5. **Debtor's website** (URL)

   www.hibambi.com

| Debtor | Bambi Health, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7 3 7 9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/_____ Case number _____
       MM / DD / YYYY
       District _____ When ___/___/_____ Case number _____
       MM / DD / YYYY

Debtor    Bambi Health, Inc.    Case number (if known) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99        ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

---

Debtor  Bambi Health, Inc.
_____  Case number (if known) _____
       Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
| | ☑ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0–$50,000 | ☐ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☑ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/04/2025
            _____
            MM  / DD / YYYY

✖ s/ Nirav Chheda                                Nirav Chheda
_____          _____
Signature of authorized representative of debtor    Printed name

Title  CEO
      _____

| | |
|---|---|
| **18. Signature of attorney** | ✖ s/ Kevin S. Mann |

                                                 Date  03/04/2025
                                                      _____
Signature of attorney for debtor                        MM  / DD / YYYY

Kevin S. Mann
_____
Printed name
Cross & Simon, LLC
_____
Firm name
1105 N. Market Street, Suite 901
_____
Number      Street
Wilmington                                     DE        19801
_____
City                                           State     ZIP Code
302-777-4200                                   kmann@crosslaw.com
_____
Contact phone                                  Email address

4576                                           DE
_____
Bar number                                     State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

## Resolution of the Board of Directors
## of
## Bambi Health, Inc.

The undersigned, being a majority of the directors of Bambi Health, Inc. (the "Company"), do hereby consent to and adopt the following resolutions as the action of the Board of Directors of the Company (the "Board"):

### Approval and Authorization of Filings Under Chapter 11 of the U.S. Bankruptcy Code

**WHEREAS,** the Board has determined that it is in the best interest of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that Nirav Chheda and/or Charles Henick, on behalf of the Company, are authorized to file a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in any United States Bankruptcy Court in any jurisdiction where such a filing would be proper (the "Bankruptcy Court");

**FURTHER RESOLVED,** that Nirav Chheda and/or Charles Henick are authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code and to file such a petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

**FURTHER RESOLVED,** that Nirav Chheda and/or Charles Henick are authorized to retain on behalf of the Company the law firm of Cross & Simon, LLC as bankruptcy counsel upon such terms and conditions as he shall approve, to render legal services to and to represent, the Company in connection with such Chapter 11 proceedings and other related matters in connection therewith;

### General Authority

**RESOLVED,** that any and all actions heretofore taken by Nirav Chheda and/or Charles Henick are in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects;

**FURTHER RESOLVED,** that Nirav Chheda and Charles Henick are hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

IN WITNESS THEREOF, this resolution has been executed by the undersigned members of the Board of the Company effective as of the 4th day of March, 2025.

*/s/ Nirav Chheda*
Nirav Chheda, Director


*/s/ Charles Henick*
Charles Henick, Director

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BAMBI HEALTH, INC., | Case No. _____ |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP

I, Nirav Chheda, CEO of Bambi Health, Inc., named as the debtor in this case (the "Debtor"), hereby state pursuant to Fed. R. Bankr. P. 1007(a)(1) that the following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests:

1. Fractal Software LLC owns approximately 52.18% of the Debtor's common stock; and

2. Bienville Fractal Seed Fund II owns approximately 99.2% of the Debtor's preferred stock.

Date: March 4, 2025

*/s/ Nirav Chheda*
Nirav Chheda, CEO

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BAMBI HEALTH, INC., | Case No. _____ |
| Debtor. | |

**DECLARATION UNDER PENALTY OF PERJURY REGARDING**
**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

I, Nirav Chheda, CEO of Bambi Health, Inc., named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief. Inclusion of any entity on the List of Creditors Holding 20 Largest Unsecured Claims does not and should not constitute: (1) a waiver of any defense; (2) an acknowledgement of the allowability of any claims; and/or (3) a waiver of any other right, remedy or legal position of the Debtor.

Date: March 4, 2025

*/s/ Nirav Chheda*
Nirav Chheda, CEO

**Fill in this information to identify the case:**

Debtor name  Bambi Health, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Amazon Web Services 410 Terry Avenue North Seattle, WA 98109-5210 | | Vendor | | | | $11,000.00 |
| 2  Gesmer Updegrove LLP 40 Broad St, Boston, MA 02109 | | Legal | | | | $10,000.00 |
| 3  Michael Camden [ADDRESS ON FILE] | | Wages | | | | $8,461.54 |
| 4  UnShift Media LLC 5193 Frederick Street Barberton, OH 44203 | | Vendor | | | | $7,500.00 |
| 5  Tom Prince [ADDRESS ON FILE] | | Wages | | | | $6,923.08 |
| 6  Kelsey Harris [ADDRESS ON FILE] | | Wages | | | | $6,826.92 |
| 7  Benjamin Winters [ADDRESS ON FILE] | | Wages | | | | $6,538.46 |
| 8  Eric Bamberg [ADDRESS ON FILE] | | Wages | | | | $5,961.54 |

Debtor    __Bambi Health, Inc._____    Case number *(if known)*_____
　　　　　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Courtney Muchugu [ADDRESS ON FILE] | | Wages | | | | $3,076.92 |
| 10 | Datadog 620 8th Ave,45th Floor New York, NY 10018 | | Vendor | | | | $2,130.88 |
| 11 | Github 88 Colin P Kelly Jr St San Francisco, CA 94107 | | Vendor | | | | $703.66 |
| 12 | Squarespace 8 Clarkson St New York, NY 10014 | | Vendor | | | | $172.06 |
| 13 | Codacy Av. João Crisóstomo 31, 6th Floor 1050-125 Lisboa | | Vendor | | | | $126.00 |
| 14 | Intuit 2700 Coast Ave Mountain View, CA 94043 | | Vendor | | | | $107.54 |
| 15 | Mailchimp 405 N Angier Ave. NE Atlanta, GA 30308 | | Vendor | | | | $100.00 |
| 16 | Testmo Bonner Straße 12 51379 Leverkusen, Germany | | Vendor | | | | $99.00 |
| 17 | Cursor 403 Francisco Street San Francisco, CA 94133 | | Vendor | | | | $80.00 |
| 18 | Hubspot 2 Canal Park Cambridge, MA 02141 | | Vendor | | | | $66.38 |
| 19 | Jamf 100 Washington Ave S, #900 Minneapolis, MN 55401 | | Vendor | | | | $32.00 |
| 20 | OpenAI 1455 3rd Street San Francisco, CA 94158 | | Vendor | | | | $21.73 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BAMBI HEALTH, INC. | Case No. _____ |
| Debtor. | |

**DECLARATION UNDER PENALTY OF PERJURY
<u>REGARDING LIST OF EQUITY SECURITY HOLDERS</u>**

I, Nirav Chheda, CEO of Bambi Health, Inc., named as the debtor in this case, hereby declare under penalty of perjury that I have read the attached List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: March 4, 2025

*/s/ Nirav Chheda*
Nirav Chheda, CEO

## <u>EQUITY HOLDERS</u>

| | |
|---|---|
| Angelo A Zabala | Michael Nguyen |
| Benjamin Winters | Mike Pinske |
| Bienville Fractal Seed Fund II | Nirav Chheda |
| Bryan Brauner | Orion Labs, LLC |
| Carlos Ayestas | Patricia Curnan |
| Charles Henick | Ramit Sahi |
| Chris Diiorio | Ray Hagan |
| Courtney Muchugu | Roman Genov |
| Cristobal Sierra | Tom Prince |
| Dan Reid | Tyler Coats |
| E. Mark Porterfield | Young Ji |
| Eric Bamberg | |
| Fractal Series LLC | |
| Fractal Software LLC | |
| Howard Berkowitz | |
| Jason Grimes | |
| Jeffrey Hoff | |
| John Prospero | |
| Jorge Valdivia | |
| Kelsey Harris | |
| Luke Maloney | |
| Matt Murphy | |
| Michael Borom | |
| Michael Camden | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BAMBI HEALTH, INC., | Case No. _____ |
| Debtor. | |

**DECLARATION UNDER PENALTY OF**
**PERJURY REGARDING CREDITOR MATRIX**

Bambi Health, Inc., the above-captioned debtor (the "Debtor"), filed a petition in this Court on March 4, 2025 for relief under chapter 11 of the United States Bankruptcy Code. Contemporaneously with the filing of the petition, the Debtor filed a list of its creditors (the "Creditor Matrix").  The Creditor Matrix was submitted to the Court electronically.

I, Nirav Chheda, CEO of the Debtor, hereby declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my knowledge, information and belief.

Date: March 4, 2025

*/s/ Nirav Chheda*
Nirav Chheda, CEO

## CREDITOR MATRIX

1Password
4711 Yonge St, 10th Floor
Toronto, Ontario M2N 6K8
Canada

Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109-5210

Benjamin Winters
[ADDRESS ON FILE]

Codacy
Av. João Crisóstomo 31, 6th Floor
1050-125 Lisboa
Portugal

Coderpad
44 Montgomery Street
Floor 3
San Francisco, CA 94104

Courtney Muchugu
[ADDRESS ON FILE]

Cursor
403 Francisco Street
San Francisco, CA 94133

Datadog
620 8th Ave
45th Floor
New York, NY 10018

Delaware Division of Revenue
Bankruptcy Administrator
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801

Delaware Secretary of State
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

Eric Bamberg
[ADDRESS ON FILE]

Expo
624 University Ave
Palo Alto, CA 94301

Gesmer Updegrove LLP
40 Broad St,
Boston, MA 02109

Github
88 Colin P Kelly Jr St
San Francisco, CA 94107

Hubspot
2 Canal Park
Cambridge, MA 02141

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104

Intuit
2700 Coast Ave
Mountain View, CA 94043

Jamf
100 Washington Ave S
Suite 900
Minneapolis, MN 55401

Kelsey Harris
[ADDRESS ON FILE]

Kruze Consulting
600 California St.
12th Floor
San Francisco, CA 94108

Lemon Squeezy
222 Main Street
Suite 500
Salt Lake City, UT 84101

Lucid Software
10355 South Jordan Gateway, Suite 300
South Jordan, UT 84095

Mailchimp
405 N Angier Ave. NE
Atlanta, GA 30308

Michael Camden
[ADDRESS ON FILE]

OpenAI
1455 3rd Street
San Francisco, CA 94158

Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

Squarespace
8 Clarkson St
New York, NY 10014

State of Delaware - Division of
Corporations
Division of Corporations
P.O. Box 898
Dover, DE 19903

Testmo
Bonner Straße 12
51379 Leverkusen
Germany

Tom Prince
[ADDRESS ON FILE]

UnShift Media LLC
5193 Frederick Street
Barberton, OH 44203